# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID BORUCHOWITZ,

           Plaintiff,

vs.

ANTHONY DEMEO, et al.,

           Defendants.

Case No. 2:16-cv-02971-JAD-NJK

ORDER

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than March 31, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: March 27, 2017.

                                                                  NANCY J. KOPPE
                                                                  United States Magistrate Judge