UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BORUCHOWITZ, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ANTHONY DEMEO, et al., ) <br> ) <br> Defendant(s). ) <br> _____) | Case No. 2:16-cv-02971-JAD-NJK <br><br> ORDER |

  On March 27, 2017, when the parties had missed the original deadline to file a joint proposed discovery plan and scheduling order in this case, the Court ordered the parties to file either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time, no later than March 31, 2017. Docket No. 15. On March 28, 2017, the parties filed a joint status report. Docket No. 16. The parties submit that the pending motion to dismiss in this case will determine what discovery is necessary. *Id.* at 1. The parties further submit that Defendant Nye County has not yet appeared in this case and will likely have input regarding what discovery is necessary and the time required to complete discovery. *Id.* at 1-2. The parties therefore ask the Court to extend the deadline for them to submit a joint proposed discovery plan until 30 days after the filing of the status report currently before the Court. *Id.*

  The mere pendency of a dispositive motion does not delay the parties' discovery obligations. *Cf. Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). Additionally, this Court's Local Rules expressly require parties to submit a proposed discovery plan and scheduling order within approximately 45 days of the first defendant's first answer or appearance. LR 26-1(a).

Further, United States District Judge Jennifer A. Dorsey has denied Defendants' motion to dismiss and vacated the April 3, 2017, hearing.  Docket No. 18.

Accordingly, the Court **DENIES** the parties' request to extend the deadline to submit their joint proposed discovery plan.  The Court **ORDERS** the parties to submit a joint proposed discovery plan and scheduling order, no later than April 3, 2017.

IT IS SO ORDERED.

DATED: March 29, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge