# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BORUCHOWITZ, | |
| Plaintiff(s), | Case No. 2:16-cv-02971-JAD-NJK |
| vs. | ORDER |
| ANTHONY DEMEO, et al., | (Docket No. 35) |
| Defendant(s). | |

Pending before the Court is Defendant Nye County's ("Defendant") motion to appear telephonically at the hearing scheduled for June 7, 2017. Docket No. 35. Defendant includes no reason for this request, or points and authorities. *See id. See also* LR 7-2(a). Accordingly, the Court hereby **DENIES** Defendant's motion, Docket No. 35, without prejudice.

IT IS SO ORDERED.

DATED: June 6, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge