# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID BORUCHOWITZ,

    Plaintiff(s),

vs.

ANTHONY DEMEO, et al.,

    Defendant(s).

Case No. 2:16-cv-02971-JAD-NJK

ORDER

(Docket No. 37)

Pending before the Court is a motion to appear telephonically, filed by Defendants Anthony Demeo, Antonio Medina, and Richard Marshall ("Defendants"). Docket No. 37. Defendants ask the Court to allow their counsel, Nick D. Crosby, Esq., to appear telephonically at the June 7, 2017 hearing. *Id.* at 1. In support of their request, Defendants submit that Mr. Crosby will be in Reno, Nevada on another matter on the day of the hearing. *Id.*

For good cause shown, the Court hereby **GRANTS** Defendants' motion. Docket No. 37. Mr. Crosby may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: June 6, 2017.

                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge