# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BORUCHOWITZ, | |
| Plaintiff(s), | Case No. 2:16-cv-02971-JAD-NJK |
| vs. | ORDER |
| ANTHONY DEMEO, et al., | (Docket No. 40) |
| Defendant(s). | |

Pending before the Court is a motion to appear telephonically, filed by Defendant Nye County ("Defendant"). Docket No. 40. Defendant asks the Court to allow its counsel, Rebecca Bruch, Esq., to appear telephonically at the June 7, 2017 hearing. *Id.* at 1. In support of its request, Defendant submits that Ms. Bruch's office is located in Reno, Nevada. *Id.* Defendant further submits that Ms. Bruch is currently scheduled to appear at a meeting of the Fernley City Council at 5 p.m. on June 7, 2017, and that, therefore, attending the hearing in person would necessitate rescheduling that meeting. *Id.*

For good cause shown, the Court hereby **GRANTS** Defendant's motion. Docket No. 40. Ms. Bruch may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: June 6, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge