# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BORUCHOWITZ, | Case No. 2:16-cv-02971-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| ANTHONY DEMEO, et al., | |
| Defendant(s). | |

The deadline to file dispositive motions expired on November 27, 2017. Docket No. 42. The parties shall file a joint proposed pretrial order by January 18, 2018.

IT IS SO ORDERED.

DATED: January 4, 2018

Nancy J. Koppe
United States Magistrate Judge