# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BORUCHOWITZ, | Case No. 2:16-cv-02971-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 45) |
| ANTHONY DEMEO, et al., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement between the parties. Docket No. 45. The Court **ORDERS** the parties to file a stipulation of dismissal no later than February 7, 2018.

IT IS SO ORDERED.

DATED: January 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge