BRENT D. HUNTLEY, ESQ.
Nevada Bar No. 12405
**Shumway Van**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: brent@shumwayvan.com
*Attorney for Plaintiff*

# UNITED STATES FEDERAL COURT

## DISTRICT OF NEVADA

DAVID BORUCHOWITZ, an individual,

Plaintiff,

vs.

ANTHONY DEMEO, an individual;
ANTONIO MEDINA, an individual;
RICHARD MARSHALL, an individual; NYE
COUNTY, a political subdivision of the State
of Nevada; DOES 1 – 20; and ROE
BUSINESS ENTITIES 1 – 20.

Defendants.

Case No.:   2:16-cv-02971-JAD-NJK

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

ECF No. 47

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DAVID BORUCHOWITZ, by and through his attorney Brent D. Huntley of SHUMWAY VAN, Defendants ANTHONY DEMEO, ANTONIO MEDINA, and RICHARD MARSHALL, by and through their attorney Nicholas Crosby of MARQUIS & AURBACH, and Defendant NYE COUNTY, by and through its attorney Rebecca Bruch of ERICKSON THORPE & SWAINSTON, LTD., that Case No. 2:16-cv-02971-JAD-NJK is hereby dismissed in its entirety with prejudice pursuant to FRCP 41.

DATED this 9th day of January, 2018.

/s/ Brent D. Huntley
BRENT D. HUNTLEY, ESQ. (SBN 12405)
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
*Attorney for David Boruchowitz*

DATED this 9th day of January, 2018.

/s/Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
Reno, NV 89521
*Attorney for Nye County*

DATED this 9th day of January, 2018.

/s/Nick D. Crosby
NICK D. CROSBY, ESQ. (SBN 8996)
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for DeMeo, Medina, and Marshall*

## ORDER

Based on the parties' stipulation [ECF No. 47] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
1/12/2018